UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EVELYN MORALES, | NO. 3:11-cv-5381-RBL-KLS |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Hon. Karen L. Strombom, United States Magistrate Judge, objections to the Report and Recommendation, Response to objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) The ALJ properly concluded Plaintiff was not disabled.

(3) Defendant's decision to deny benefits is affirmed.

Dated this 20th day of April, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1